## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ilooda Co., Ltd. et al.<br><br>      Plaintiffs (ITC Respondents),<br>      v.<br><br>Serendia LLC<br><br>      Defendants (ITC Complainant) | Case: 1:23–mc–00044<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 5/3/2023<br>Description: Misc. |

RECEIVED

MAY - 3 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### RESPONDENTS UNOPPOSED MOTION FOR ISSUANCE OF
### LETTERS OF REQUEST PURSUANT TO 28 U.S.C. § 1782

Respondents Sung Hwan E&B Co., LTD. d/b/a SHEnB Co. LTD ("SHEnB"); Aesthetics

Biomedical, Inc. ("AB"); Cartessa Aesthetics, LLC ("Cartessa"); Lutronic Corporation; Lutronic

Aesthetics, Inc., also known as Lutronic, Inc.; Lutronic, LLC (collectively "Lutronic"); Ilooda,

Co., Ltd. ("Ilooda"); Cutera, Inc. ("Cutera"); Jeisys Medical Inc. ("Jeisys"); Cynosure, LLC

("Cynosure"); Rohrer Aesthetics, LLC; Rohrer Aesthetics, Inc. (collectively "Rohrer");

EndyMed Medical, Ltd.; and EndyMed Medical, Inc. (collectively "EndyMed") (collectively

"Respondents") in *Certain Dermatological Treatment Devices and Components Thereof*,

Investigation No. 337-TA-1356 before the U.S. International Trade Commission ("the ITC

Investigation"), respectfully request that this Court issue, under its seal and signature, the

attached Requests for International Judicial Assistance ("Letters of Request") directed to The

Director of International affairs of the Central Authority of the Republic of Korea, pursuant to

the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (28

U.S.C. § 1782) ("the Hague Convention"). The purpose is to obtain documents and testimony

relevant to the ITC Investigation from the following third party witness:

> **Kwak, Jeong Gu**
> **1-901 Hanyang Apartment, 1089, Yangjae-daero, Songpa-gu,**
> **Seoul 138-836**
> **Republic of Korea**

Administrative Law Judge MaryJoan McNamara, who presides over the ITC Investigation, has recommended that the United States District Court for the District of Columbia issue the Letter of Requests. See Exhibit 1 (order granting motion seeking recommendation to issue letters of request to obtain evidence in Korea). Judge McNamara's Recommendations are attached hereto as Exhibits 2 (Kwak, Jeong Gu).

The Respondents submit that the requested testimony and documents are in the interest of justice, that Mr. Kwak is not subject to service of subpoenas within the United States, and that Mr. Kwak cannot be directly compelled to produce documents or be available in the United States. The discovery sought is relevant to the Respondents/Plaintiffs' defenses to Complainant Serendia LLC's ("Serendia") claims of patent infringement against Respondents.

In accordance with LCvR 7(m), counsel for the Respondents/Plaintiffs have conferred with Complainant/Defendant's counsel about requested relief in this motion, and the Complainant/Defendant does not oppose the relief requested.

For these reasons, and others set forth more fully in the accompanying memorandum of points and authorities, the Respondents respectfully request that the Court assign a Judge to this matter and expedite the issuance of the attached Letter of Requests, with the required enclosures, including a set of requests for the production of documents and other things, a set of deposition topics, the Protective Order, and Serendia's ITC Complaint (Attachments A, B, C, and D respectively, to the Letters of Request) attached hereto as Exhibit 3.[1] The Respondents request

---

[1] Translations are included as required. Per the State Department's Guidelines, the Respondents

the Court's urgent attention because the period for fact discovery in the ITC Investigation concludes on July 12, 2023, and trial is set to begin on November 1, 2023.

May 2, 2023                                     Respectfully submitted,

/s/ Daniel Valencia                             /s/ Guy Yonay
Brian R. Nester                                 David A. Loewenstein
Daniel E. Valencia (D.C. Bar No. 974818)        Guy Yonay
W. Kiersten Choi                                Clyde A. Shuman
Daniel J. Farnoly                               Kyle Auteri
Yong Joon Kwon                                  PEARL COHEN ZEDEK LATZER
COVINGTON & BURLING LLP                         BARATZ LLP
One CityCenter, 850 Tenth Street, N.W.          7 Times Square, 19th Floor
Washington, DC 20001                            New York, NY 10036
Telephone: (202) 662-6000                       Telephone: (646) 878-0800
                                                Facsimile: (646) 878-0801
Robert T. Haslam                                Email: EndyMed@PearlCohen.com
Anupam Sharma
COVINGTON & BURLING LLP                         Counsel for Respondents EndyMed Medical,
1999 Avenue of the Stars                        Ltd. and EndyMed Medical, Inc.
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Email: COV-Ilooda-ITC@cov.com

Counsel for Respondents Ilooda, Co., Ltd.
and Cutera, Inc.

/s/ Richard Wells                               /s/ Steven Corr
Richard V. Wells                                Steven J. Corr (CA Bar No. 216243)
Christine M. Streatfeild                        JONES DAY
Graham Cronogue                                 555 South Flower Street
BAKER & MCKENZIE, LLP                           Fiftieth Floor
815 Connecticut Ave. NW                         Los Angeles, CA 90071
Washington, D.C. 20006                          Telephone: (213) 489-3939
Telephone: (202) 452-7000
Facsimile: (202) 452-7074                        Ryan B. McCrum
                                                JONES DAY
James S. Blank                                   901 Lakeside Avenue
BAKER & MCKENZIE, LLP                           Cleveland, OH 44114-1190
452 Fifth Avenue                                Telephone: (216) 586-3939
New York, NY 10018

_____

understand that Letters of Request to the Director of International Affairs of the Central Authority of the Republic of Korea must be translated. See https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-CountryInfonnation/KoreaRepublicof.html ("Letters of Request and accompanying documents should be prepared in duplicate and translated into Korean.").

Telephone: (212) 626-4100
Facsimile: (212) 310-1600

Dorian Ojemen
BAKER & MCKENZIE, LLP
800 Capitol Street
Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099

Aaron Lines
BAKER & MCKENZIE, LLP
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: HOU-Lutronic-
ITC@bakermckenzie.com

*Counsel for Respondents Lutronic Corporation;
Lutronic Aesthetics, Inc. a/k/a Lutronic, Inc.;
and Lutronic, LLC*

Yeah-Sil Moon
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939

Marlee R. Hartenstein
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939

Laura M. Kanouse
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361-3580
Telephone: (404) 521-3939
Email: SHEnB-ITC-JD@jonesday.com

*/s/ Lesley Grossberg*
Lesley McCall Grossberg
Jacqueline M. Lesser
Ice Miller LLP
1735 Market St., Suite 3900
Philadelphia, PA 19103
Telephone: (215) 377-5030
Facsimile: (215) 377-5031

Kenneth Sheehan
Ice Miller LLP
200 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Telephone: (202) 807-4055
Facsimile: (202) 807-4056
Email: RohrerITC@icemiller.com

*Counsel for Respondents Rohrer Aesthetics,
Inc. and Rohrer Aesthetics, LLC*