**UNITED STATES INTERNATIONAL TRADE COMMISSION**
Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN DERMATOLOGICAL TREATMENT DEVICES AND COMPONENTS THEREOF** | **Inv. No. 337-TA-1356** |

**ORDER NO. 7:** **GRANTING RESPONDENTS' UNOPPOSED MOTION SEEKING RECOMMENDATION TO THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE A LETTER OF REQUEST TO JEONG GU KWAK [MOTION DOCKET NO. 1356-003]**

(April 27, 2023)

On April 24, 2023, Respondent Sung Hwan E&B Co., LTD. d/b/a SHEnB Co. LTD ("SHEnB"); Respondent Aesthetics Biomedical, Inc. ("AB"); Respondent Cartessa Aesthetics, LLC ("Cartessa"); Respondents Lutronic Corporation; Lutronic Aesthetics, Inc., also known as Lutronic, Inc. and Lutronic, LLC (collectively, "Lutronic"); Respondent Ilooda, Co., Ltd. ("Ilooda"); Respondent Cutera, Inc. ("Cutera"); Respondent Jeisys Medical Inc. ("Jeisys"); Respondent Cynosure, LLC ("Cynosure"); Respondents Rohrer Aesthetics, LLC and Rohrer Aesthetics, Inc. (collectively, "Rohrer"); and EndyMed Medical, Ltd. and EndyMed Medical, Inc. (collectively, "EndyMed") (collectively, "Respondents") filed a motion ("Motion") requesting that I recommend that the U.S. District Court for the District of Columbia issue A Letter of Request ("Recommendation") pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention") on behalf of Respondents to obtain documents and deposition testimony from the following foreign third-party:

    Kwak, Jeong Gu
    1-901 Hanyang Apartment, 1089, Yangjae-daero, Songpa-gu,

Seoul 138-836
Republic of Korea

(Motion Docket No. 1356-003 (Apr. 24, 2023); Mot. at 1.).

Complainant Serendia, LLC ("Complainant" or "Serendia") and Commission Investigative Staff do not oppose Respondents' Motion. (*Id.* at 3.).

There being no opposition, Respondents' Motion, Motion Docket No. 1356-003, is hereby granted. The Recommendation is attached to this Order as Appendix A. The Letter of Request is attached to this Order as Appendix B.

**SO ORDERED.**

MaryJoan McNamara
Administrative Law Judge