# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE LETTER OF REQUEST TO JEONG GU KWAK | Case: 1:23-mc-00044<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 5/3/2023<br>Description: Misc. |
| ILOODA CO., Ltd. et al.,<br><br>Plaintiffs (ITC Respondents),<br>v.<br><br>SERENDIA LLC,<br><br>Defendant (ITC Complainant) . | United States International Trade Commission<br>In the Matter of CERTAIN DERMATOLOGICAL TREATMENT DEVICES AND COMPONENTS THEREOF<br>Inv. No. 337-TA-1356 |

## APPEARANCE OF COUNSEL DANIEL E. VALENCIA

To: The clerk of court and all parties of record

I, Daniel E. Valencia, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Ilooda Co., Ltd. and Cutera, Inc.

Dated: May 2, 2023

RECEIVED

MAY - 3 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Respectfully submitted,

*/s/ Daniel E. Valencia*
Daniel E. Valencia (D.C. Bar No. 974818)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-5637
COV-Ilooda-ITC@cov.com

*Counsel for Ilooda Co., Ltd. and Cutera, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the Clerk of the Court via email, and that I also caused copies of the documents to be sent to the Clerk via FedEx. I also certify that on that same day, with their consent I caused the foregoing documents to be served on counsel for Defendant Serendia LLC via email at the following addresses:

Serendia, LLC
Kevin C. Wheeler (serendiaitc.lwteam@lw.com)
Latham & Watkins LLP
555 11th St. NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200

/s/